| No | IP | HitDate UTC (mm/dd/yy) | File Name | File Hash | ISP | Region | City | Province |
|---|---|---|---|---|---|---|---|---|
| 1 | 173.28.40.94 | 9/4/13 10:08:08 AM | Assault on Wall Street (2013) | SHA1: B96958C3EA12CE2146AFAA5031DFFB31669F97B5 | Mediacom Cable | Iowa | Dubuque | Dubuque |
| 2 | 173.20.251.113 | 8/28/13 06:50:07 PM | Assault on Wall Street (2013) | SHA1: B96958C3EA12CE2146AFAA5031DFFB31669F97B5 | Mediacom Cable | Iowa | Cedar Rapids | Linn |
| 3 | 173.26.196.225 | 8/11/13 09:30:29 PM | Assault on Wall Street (2013) | SHA1: B96958C3EA12CE2146AFAA5031DFFB31669F97B5 | Mediacom Cable | Iowa | Spirit Lake | Dickinson |
| 4 | 72.24.227.212 | 8/3/13 02:59:51 AM | Assault on Wall Street (2013) | SHA1: B96958C3EA12CE2146AFAA5031DFFB31669F97B5 | Cable One | Iowa | Sioux City | Woodbury |
| 5 | 72.24.236.26 | 8/2/13 12:55:38 PM | Assault on Wall Street (2013) | SHA1: B96958C3EA12CE2146AFAA5031DFFB31669F97B5 | Cable One | Iowa | Sioux City | Woodbury |
| 6 | 67.224.31.249 | 8/2/13 06:53:20 AM | Assault on Wall Street (2013) | SHA1: B96958C3EA12CE2146AFAA5031DFFB31669F97B5 | Windstream Communications | Iowa | Manchester | Delaware |
| 7 | 67.55.195.146 | 7/30/13 04:21:21 PM | Assault on Wall Street (2013) | SHA1: B96958C3EA12CE2146AFAA5031DFFB31669F97B5 | netINS | Iowa | Elkader | Clayton |
| 8 | 63.152.96.123 | 7/25/13 03:55:28 AM | Assault on Wall Street (2013) | SHA1: B96958C3EA12CE2146AFAA5031DFFB31669F97B5 | CenturyLink | Iowa | Cedar Rapids | Linn |
| 9 | 173.26.21.166 | 7/17/13 09:24:28 PM | Assault on Wall Street (2013) | SHA1: B96958C3EA12CE2146AFAA5031DFFB31669F97B5 | Mediacom Cable | Iowa | Mason City | Cerro Gordo |
| 10 | 65.131.189.120 | 7/16/13 01:40:09 AM | Assault on Wall Street (2013) | SHA1: B96958C3EA12CE2146AFAA5031DFFB31669F97B5 | CenturyLink | Iowa | Sioux City | Woodbury |
| 11 | 173.26.87.46 | 7/11/13 02:42:29 AM | Assault on Wall Street (2013) | SHA1: B96958C3EA12CE2146AFAA5031DFFB31669F97B5 | Mediacom Cable | Iowa | Manly | Worth |
| 12 | 72.24.236.97 | 7/8/13 06:59:16 PM | Assault on Wall Street (2013) | SHA1: B96958C3EA12CE2146AFAA5031DFFB31669F97B5 | Cable One | Iowa | Sioux City | Woodbury |
| 13 | 173.24.183.117 | 7/8/13 02:51:04 PM | Assault on Wall Street (2013) | SHA1: B96958C3EA12CE2146AFAA5031DFFB31669F97B5 | Mediacom Cable | Iowa | Estherville | Emmet |
| 14 | 173.24.172.94 | 7/8/13 03:59:56 AM | Assault on Wall Street (2013) | SHA1: B96958C3EA12CE2146AFAA5031DFFB31669F97B5 | Mediacom Cable | Iowa | Dubuque | Dubuque |

| # | IP | Date/Time | File | Hash | ISP | State | City | County |
|---|---|---|---|---|---|---|---|---|
| 15 | 208.126.83.29 | 7/7/13 11:18:25 PM | Assault on Wall Street (2013) | SHA1: B96958C3EA12CE2146AFAA5031DFFB31669F97B5 | netINS | Iowa | Shellsburg | Benton |
| 16 | 69.66.167.247 | 7/7/13 06:47:14 PM | Assault on Wall Street (2013) | SHA1: B96958C3EA12CE2146AFAA5031DFFB31669F97B5 | Windstream Communications | Iowa | Cresco | Howard |
| 17 | 173.25.13.222 | 7/7/13 06:43:01 PM | Assault on Wall Street (2013) | SHA1: B96958C3EA12CE2146AFAA5031DFFB31669F97B5 | Mediacom Cable | Iowa | Dubuque | Dubuque |
| 18 | 173.213.187.249 | 8/25/13 05:38:56 PM | Assault on Wall Street (2013) [1080p] | SHA1: 99F29436A41FA2E91B890703E9B1A43FC83605E4 | Windstream Communications | Iowa | Dyersville | Dubuque |
| 19 | 63.152.94.74 | 8/24/13 03:34:55 PM | Assault on Wall Street (2013) [1080p] | SHA1: 99F29436A41FA2E91B890703E9B1A43FC83605E4 | CenturyLink | Iowa | Cedar Rapids | Linn |
| 20 | 173.20.249.97 | 8/13/13 02:12:51 AM | Assault on Wall Street (2013) [1080p] | SHA1: 99F29436A41FA2E91B890703E9B1A43FC83605E4 | Mediacom Cable | Iowa | Cedar Rapids | Linn |
| 21 | 67.61.31.202 | 8/6/13 04:09:50 PM | Assault on Wall Street (2013) [1080p] | SHA1: 99F29436A41FA2E91B890703E9B1A43FC83605E4 | Cable One | Iowa | Sioux City | Woodbury |
| 22 | 65.131.181.210 | 8/2/13 01:51:48 PM | Assault on Wall Street (2013) [1080p] | SHA1: 99F29436A41FA2E91B890703E9B1A43FC83605E4 | CenturyLink | Iowa | Sioux City | Woodbury |
| 23 | 173.17.147.191 | 8/1/13 09:09:55 AM | Assault on Wall Street (2013) [1080p] | SHA1: 99F29436A41FA2E91B890703E9B1A43FC83605E4 | Mediacom Cable | Iowa | Carroll | Carroll |
| 24 | 173.26.47.56 | 7/30/13 03:29:57 PM | Assault on Wall Street (2013) [1080p] | SHA1: 99F29436A41FA2E91B890703E9B1A43FC83605E4 | Mediacom Cable | Iowa | Cedar Rapids | Linn |
| 25 | 97.127.190.180 | 7/26/13 07:01:11 PM | Assault on Wall Street (2013) [1080p] | SHA1: 99F29436A41FA2E91B890703E9B1A43FC83605E4 | CenturyLink | Iowa | Cedar Rapids | Linn |
| 26 | 75.167.192.121 | 7/18/13 11:42:55 PM | Assault on Wall Street (2013) [1080p] | SHA1: 99F29436A41FA2E91B890703E9B1A43FC83605E4 | CenturyLink | Iowa | Cedar Rapids | Linn |
| 27 | 173.26.181.29 | 7/11/13 09:05:21 AM | Assault on Wall Street (2013) [1080p] | SHA1: 99F29436A41FA2E91B890703E9B1A43FC83605E4 | Mediacom Cable | Iowa | Mason City | Cerro Gordo |
| 28 | 67.55.135.90 | 7/9/13 10:26:04 PM | Assault on Wall Street (2013) [1080p] | SHA1: 99F29436A41FA2E91B890703E9B1A43FC83605E4 | netINS | Iowa | Shell Rock | Butler |