IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| BAILOUT: THE AGE OF GREED, | ) |
| *Plaintiff,* | ) |
| v. | ) Case No.: 2:13-cv-01039 |
| DOES 1-28 | ) |
| *Defendants.* | ) |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff "Bailout: The Age of Greed" 2400 Boundary Road, Burnaby, V5M 3Z3, Canada hereby makes the following disclosures:

The Plaintiff has a parent corporations as follows:

| 51% of the voting shares are held by: | 49% of the voting shares are held by: |
|---|---|
| 0939599 BC LTD | Studio West Productions (VCC) Inc. |
| c/o The Bridge Studios | c/o The Bridge Studios |
| 2400 Boundary Road, Burnaby | 2400 Boundary Road, Burnaby |
| V5M 3Z3, Canada | V5M 3Z3, Canada |

DATED: February 5, 2014     Respectfully submitted,

　　　/s  Jay R. Hamilton

JAY R. HAMILTON
HAMILTON IP LAW, PC
201 W. 2nd Street, Suite 400
Davenport, IA 52801
Tel: (563)441-0207
Fax: (563) 823-4637
**ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of Corporate Disclosure Statement was filed electronically on February 5, 2014. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

      /s/ Jay R. Hamilton
      Attorney for Bailout, The Age of Greed