IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DUBUQUE DIVISION

| | |
|---|---|
| BAILOUT: THE AGE OF GREED,<br><br>        Plaintiff,<br><br>vs.<br><br>DOES 1-17,<br><br>        Defendants. | No. C13-1039-EJM<br><br>NOTICE OF DISMISSAL |

      This action will be dismissed pursuant to Local Rule 41 and Local Rule 16, copies of which are attached, unless appropriate action is taken by or no later than June 11, 2014.

      DATED: May 28, 2014

                                        ROBERT L. PHELPS, CLERK OF COURT
                                        U.S. District Court for the Northern District of Iowa

                                        By:     s/Sarah K. Melvin
                                                      Deputy Clerk