IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DUBUQUE DIVISION

| | |
|---|---|
| BAILOUT: THE AGE OF GREED,<br><br>      Plaintiff,<br><br>vs.<br><br>DOES 1-17,<br><br>      Defendants. | No. C13-1039-EJM<br><br>ORDER |

Appropriate action was not taken in this case within the time provided in the Court's Order dated May 28, 2014 (docket number 9).

Accordingly, IT IS ORDERED:

That Plaintiff takes nothing and this action is dismissed.

DATED: June 17, 2014

                                      ROBERT L. PHELPS, Clerk of Court
                                      U.S. District Court for the Northern District of Iowa

                                      By:     s/Sarah K. Melvin
                                                    Deputy Clerk