IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DUBUQUE DIVISION

| | |
|---|---|
| BAILOUT: THE AGE OF GREED, | |
| Plaintiff, | No. C13-1039-EJM |
| vs. | JUDGMENT |
| DOES 1-17, | |
| Defendants. | |

**DECISION BY COURT.** This action came before the Court and a decision has been rendered.

IT IS ORDERED AND ADJUDGED pursuant to the Order filed on June 17, 2014 (docket number 10):

That Plaintiff take nothing and this action dismissed.

Dated June 17, 2014

                                       ROBERT L. PHELPS, Clerk of Court
                                       U.S. District Court for the Northern District of Iowa

                                       By: s/Sarah K. Melvin
                                             Deputy Clerk